

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marisol Priego, Appellant

No. 06-14-00008-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 41,399-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete from it the letters "TBD" and substituting an assessment of zero attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marisol Priego, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk